```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                    2:16-cr-127
                                          Judge Marbley

Brian Austin Lee Hall

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 18) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 10, 2016                    s\Algenon L. Marbley
                                              Algenon L. Marbley
                                              United States District Judge